# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>**ALL FUNDS—INCLUDING CRYPTOCURRENCIES—STORED IN OR ACCESSIBLE VIA THE BINANCE WALLET BELONGING TO JUNE NEBA, ACCOUNT NUMBER 39757394 ("WALLET 4")** | ) ) ) ) ) ) ) )    Case No. 1:22-MJ-__47__ |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the __Eastern__ District of __Tennessee__ is subject to forfeiture to the United States of America under __21__ U.S.C. §§ 853, 881(a)(6), 18 U.S.C. §§ 981(a)(1)(C) 981(a)(1)(A), 982(a)(1) and 28 U.S.C. § 2461(c). *(describe the property):*

**All funds—including cryptocurrencies—stored in or accessible via the Binance wallet belonging to June Neba, account number 39757394 ("Wallet 4"), which is property that constitutes or is derived from proceeds obtained, directly or indirectly, as the result of an offense in violation of 21 U.S.C. §§ 841, 843 and/or 846; any property, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 1343 and/or 1956, or a conspiracy to commit the offense; and any property involved in a violation of 18 U.S.C. § 1956, or any property traceable to such property.**

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED:** to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Drug Enforcement Administration with the current account balance.

The application is based on these facts:
**The Affidavit attached hereto and incorporated herein by reference sets forth probable cause for:**

Civil seizure of the property pursuant to 18 U.S.C. § 981(b) by 21 U.S.C. § 881(b) and criminal seizure pursuant to 21 U.S.C. § 853(e) and (f) and 18 U.S.C. § 982(b)(1). Civil forfeiture of the property pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C) and criminal forfeiture pursuant to 18 U.S.C. § 982(a)(1), 981(a)(1)(C) and 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

☐ Continued on the attached sheet.

_____
*Applicant's signature*

Joshua T. Tripp, Special Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __February 15, 2022__

_____
*Judge's signature*

City and state: __Chattanooga, Tennessee__    Christopher H. Steger, United States Magistrate Judge
*Printed name and title*