# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
)   Case No. 1:22-MJ-47
ALL FUNDS—INCLUDING CRYPTOCURRENCIES—STORED IN )
OR ACCESSIBLE VIA THE BINANCE WALLET BELONGING TO )
JUNE NEBA, ACCOUNT NUMBER 39757394 ("WALLET 4") )
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the **Eastern** District of **Tennessee** be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds—including cryptocurrencies—stored in or accessible via the Binance wallet belonging to June Neba, account number 39757394 ("Wallet 4"), which is property that constitutes or is derived from proceeds obtained, directly or indirectly, as the result of an offense in violation of 21 U.S.C. §§ 841, 843 and/or 846; any property, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 1343 and/or 1956, or a conspiracy to commit the offense; and any property involved in a violation of 18 U.S.C. § 1956, or any property traceable to such property.

THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, and promptly provide officers or contractors of the Drug Enforcement Administration with the current account balance.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to

**Christopher H. Steger**
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: February 15, 2022 @ 1:15 p.m.

*Judge's signature*

City and state: **Chattanooga, Tennessee**   **Christopher H. Steger, United States Magistrate Judge**
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 1:22-MJ-47 | Date and time warrant executed: 2-15-21 | Copy of warrant and inventory left with: Binance Email |

Inventory made in the presence of:
Binance Email

Inventory of the property taken:
1) 14.048 USDT (TETHER) Approx. VL: $14,092.16

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2-15-21

*Executing officer's signature*

Joshua Tripp, SA
*Printed name and title*